**JACKSONWHITE**
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtor Royan, Inc.
By:     Kelly G. Black

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:11-bk-19813-GBN |
| Royan, Inc., | Proceedings under Chapter 11 |
| Debtor. | **Order and Judgment on Application for Appointment Nunc Pro Tunc and on Application for Interim Payment and Compensation of Attorney Fees and Costs (First Application)** |
| | Assigned to: Honorable George B. Nielsen, Jr. |

    Jackson White, P.C., a professional corporation (hereinafter "Applicant"), counsel for Debtor Royan, Inc., (hereinafter "Debtor-in-Possession"), having filed its Application for Interim Payment and Compensation of Attorney Fees and Costs and for Order and Judgment Thereon (First Application) (Doc 31); no party having timely objected to same; and for good cause shown:

    IT IS THEREFORE ORDERED granting Applicant's request for appointment nunc pro tunc and granting Applicant's First Application as follows:

    A.    Allowing and approving Applicant's fees for the Application Period totaling $7,178.50, which will be paid in part from any pre-petition retainer currently held in Applicant's trust account and the remainder by Debtor;

    B.    Allowing and approving reimbursement to Applicant of $1,108.77 in actual and necessary expenses, which Applicant has incurred and paid during the Application Period in

connection with the rendering of such professional services, for a total award of $8,287.27; and

      C.    For a Judgment against Debtor Royan, Inc. for a total award in the sum of $8,287.27.

SIGNED AND DATED ABOVE.

25782-001